United States District Court
Southern District of Texas
**ENTERED**
February 11, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMERICAN CAPITAL FUNDING CORP. *Plaintiff,* § § § § | |
| VS. § | CIVIL ACTION NO. 4:17-cv-3435 |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY *Defendant.* § § § § | |

## FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the Agreed Order of Dismissal with Prejudice, it is

**ORDERED, ADJUDGED, AND DECREED** that all claims Plaintiff American Capital Funding Corporation ("Plaintiff") asserted, or could have asserted, against and Defendant Fidelity National Title Insurance Company ("Defendant") in this lawsuit are hereby **DISMISSED WITH PREJUDICE**; it is further

**ORDERED, ADJUDGED, AND DECREED** that all costs, expenses, and attorney fees are taxed against the party incurring same; and it is further

**ORDERED, ADJUDGED, AND DECREED** that this is a **FINAL JUDGMENT** as to all claims that Plaintiff asserted, or could have asserted, against Defendant in this lawsuit.

SO ORDERED.

SIGNED this 11th day of February, 2019.

_____
U.S. MAGISTRATE JUDGE